ORIGINAL   SEALED

FILED-USDC-NDTX-DA
'25 JAN 7 PM 2:11

KM

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARNELIUS BURKS (01)<br>　a/k/a 448<br>　a/k/a 448buisness<br>　a/k/a 1rukee<br>MARCO CABRALES (02)<br>　a/k/a bumpdown.marcoo<br>　a/k/a bumpstock.marcoo<br>ROYCE ANTHONY WEAVER (03)<br>　a/k/a aggtowngaspacks<br>　a/k/a aggtown3.0gaspackz | NO.<br><br>**FILED UNDER SEAL**<br><br>3-25CR-002 L |

**INDICTMENT**

The Grand Jury charges:

At all times material to this Indictment:

<u>General Allegations</u>

1. A "machinegun" is defined in 18 U.S.C. § 921(a)(24) and 26 U.S.C. § 5845(b) as "any weapon which shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger." Section 5845(b) also provides that a machinegun includes "the frame or receiver of any such weapon, any part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a

machinegun, and any combination of parts from which a machinegun can be assembled if such parts are in the possession or under the control of a person."

2.  A "Glock switch" is a term commonly used to describe what is generally known as a machinegun conversion device that is designed and intended to convert a handgun into a machinegun and allow it to function as an automatic weapon.

3.  An "auto sear" is a term commonly used to describe what is generally known as a machinegun conversion device that is designed and intended to convert an AR-style firearm into a machinegun and allow it to function as an automatic weapon.

4.  During the course of the conspiracy, defendants **Marnelius Burks, Marco Cabrales,** and **Royce Anthony Weaver** communicated with a juvenile coconspirator, referred to as J.C. in this indictment.

5.  Defendants **Marnelius Burks, Marco Cabrales,** and **Royce Anthony Weaver**, along with J.C. and others, used a social media platform to communicate during the course of the conspiracy.

6.  Defendant **Marnelius Burks** used social media accounts with usernames "448," "448buisness," and "1rukee" to communicate with coconspirators and others.

7.  Defendant **Marco Cabrales** used social media accounts with usernames "bumpdown.marcoo" and "bumpstock.marcoo_" to communicate with coconspirators and others.

8. Defendant **Anthony Royce Weaver** used social media accounts with usernames "aggtowngaspacks" and "aggtown3.0gaspackz" to communicate with coconspirators and others.

Count One
Conspiracy to Possess and Transfer a Machinegun
[Violation of 18 U.S.C. § 371 (18 U.S.C. § 922(o)]

9. Paragraphs 1 through 8 of this Indictment are realleged and incorporated by reference as though fully set forth herein.

10. Beginning at least on or about July 1, 2023 and continuing through the return of the Indictment, in the Dallas Division of the Northern District of Texas and elsewhere, defendants **Marnelius Burks, Marco Cabrales,** and **Royce Anthony Weaver**, did knowingly, intentionally, and unlawfully combine, conspire, confederate, and agree together and with others known and unknown to the Grand Jury to commit an offense against the United States, to wit: possession and transfer of a machinegun in violation of 18 U.S.C. § 922(o), and one or more of the conspirators did commit an overt act in furtherance of this conspiracy as set forth below.

Purpose of the Conspiracy

11. The purpose of the conspiracy was to: (a) unlawfully receive, possess, and sell machineguns, as defined in 26 U.S.C. § 5845(b), commonly referred to as Glock switches and auto sears; and (b) enrich defendants **Marnelius Burks**, **Marco Cabrales**, **Royce Anthony Weaver**, and others through the sale and transfer of machineguns.

Manner and Means

12. The manner and means by which defendants **Marnelius Burks**, **Marco Cabrales**, **Royce Anthony Weaver**, and others sought to accomplish the purpose of the conspiracy included, among other things the following: (a) beginning at least in or about July 1, 2023, **Burks, Weaver**, and others ordered machineguns on the internet and caused them to be shipped from China, and other locations, to locations in the Northern District of Texas and elsewhere; (b) **Burks**, **Cabrales**, **Weaver**, J.C., and others discussed and planned the possession, transfer, and sale of machineguns; and (c) thereafter, **Burks**, **Weaver**, and others possessed, transferred, and sold the machineguns to **Cabrales**, J.C., and others for further possession, transfer, and sale.

Overt Acts

13. In furtherance of the conspiracy, and to accomplish its purpose, defendants **Marnelius Burks**, **Marco Cabrales**, **Royce Anthony Weaver**, and other coconspirators committed, and caused to be committed in the Northern District of Texas and elsewhere, the following overt acts, among others:

   a. On or about October 1, 2024, J.C. arranged for the sale of four Glock switches with an individual known to the Grand Jury.

   b. On or about October 1, 2024, J.C. discussed the possession, transfer, and sale of Glock switches with defendant **Marnelius Burks**.

   c. On or about October 1, 2024, defendant **Marnelius Burks** sent a message, using a social media app, to J.C. that **Burks** was "bagging them up."

d. Thereafter, on or about October 1, 2024, defendant **Marnelius Burks** possessed and then transferred Glock switches to J.C.

e. Subsequently, on or about October 1, 2024, J.C. possessed and transferred four Glock switches to an individual known to the Grand Jury.

f. Between on or about October 7, 2024, and on or about October 8, 2024, defendant **Marnelius Burks** discussed the possession and transfer of approximately 13 Glock switches with J.C.

g. Thereafter, on or about October 8, 2024, defendant **Marnelius Burks** possessed and then transferred approximately 13 Glock switches to J.C.

h. Then, on or about October 8, 2024, J.C. possessed and transferred 13 Glock switches to an individual known to the Grand Jury.

i. Subsequent thereto, on or about October 8, 2024, J.C. discussed the transfer of three additional Glock switches with defendant **Marnelius Burks**.

j. Thereafter, on or about October 8, 2024, defendant **Marnelius Burks** possessed and then transferred three additional Glock switches to J.C.

k. On or about October 8, 2024, J.C. possessed and then transferred the three additional Glock switches to an individual known to the Grand Jury.

l. On or about October 21, 2024, defendant **Royce Anthony Weaver** posted a picture on social media of a firearm with a unique tan color on the grip.

m. On or about November 12, 2024, defendant **Marco Cabrales** posted for sale a picture on social media of what appeared to be the same firearm with a unique tan color on the grip.

n. On or about November 13, 2024, defendant **Marco Cabrales** possessed and transferred what appeared to be the same firearm with a unique tan color on the grip with an attached Glock switch, to wit: a Glock, Model 22, .40 caliber pistol, bearing serial number BGBL919, to an individual known to the Grand Jury.

o. On or about December 10, 2024, defendant **Royce Anthony Weaver** posted for sale a picture on social media of an AR-style firearm and an attached auto sear, later identified as an American Tactical OMNI Hybrid, AR-15 style pistol, bearing serial number NS342138.

p. On or about December 10, 2024, an individual known to the Grand Jury communicated on a social media app with defendant **Royce Anthony Weaver** about the transfer and sale of the AR-style firearm with attached auto sear that **Weaver** had posted for sale that same day.

q. On or about December 11, 2024, J.C. sent two messages, using a social media app, to the individual known to the Grand Jury who had communicated with defendant **Royce Anthony Weaver** the day before, which stated, "ay i'm dropping that off to u tm" and "for aggtown."

r. On or about December 11, 2024, an individual known to the Grand Jury sent a message on a social media app to defendant **Royce Anthony Weaver** that said, "Ob told me he gonna be able to make that drop for u. Just making sure we all on the same page. 1500 for the fully right?" **Weaver** responded and said, "yuh he got you."

s. On or about December 11, 2024, J.C. travelled to Lake Lavon, in the Eastern District of Texas, to pick up the American Tactical OMNI Hybrid, AR-15 style pistol, bearing serial number NS342138, with an attached auto sear, to assist defendant **Royce Anthony Weaver** in the firearm's transfer and sale.

t. On or about December 11, 2024, J.C. possessed and transported the American Tactical OMNI Hybrid, AR-15 style pistol, bearing serial number NS342138, with an attached auto sear, from Lake Lavon to Dallas, Texas, to assist defendant **Royce Anthony Weaver** in the firearm's transfer and sale.

u. On or about December 11, 2024, J.C. possessed and transferred the American Tactical OMNI Hybrid, AR-15 style pistol, bearing serial number NS342138, with an attached auto sear to an individual known to the Grand Jury.

All in violation of 18 U.S.C. § 371 (18 U.S.C. § 922(o)).

<u>Count Two</u>
Possession and Transfer of Machinegun; Aiding and Abetting
[Violation of 18 U.S.C. § 922(o) and 18 U.S.C. § 2]

On or about October 1, 2024, in the Dallas Division of the Northern District of Texas, defendant **Marnelius Burks**, aiding and abetting and being aided and abetted by J.C., did knowingly possess and transfer four machineguns, commonly referred to as Glock switches, knowing that the weapon had the characteristics that made them a machinegun, as defined in 26 U.S.C. § 5845(b).

In violation of 18. U.S.C. § 922(o) and 18 U.S.C. § 2.

## Count Three
### Possession and Transfer of Machinegun; Aiding and Abetting
### [Violation of 18 U.S.C. § 922(o) and 18 U.S.C. § 2]

On or about October 8, 2024, in the Dallas Division of the Northern District of Texas, defendant **Marnelius Burks**, aiding and abetting and being aided and abetted by J.C., did knowingly possess and transfer 13 machineguns, commonly referred to as Glock switches, knowing that the weapon had the characteristics that made them a machinegun, as defined in 26 U.S.C. § 5845(b).

In violation of 18. U.S.C. § 922(o) and 18 U.S.C. § 2.

Count Four
Possession and Transfer of Machinegun; Aiding and Abetting
[Violation of 18 U.S.C. § 922(o) and 18 U.S.C. § 2]

On or about October 8, 2024, in the Dallas Division of the Northern District of Texas, defendant **Marnelius Burks**, aiding and abetting and being aided and abetted by J.C., did knowingly possess and transfer three machineguns, commonly referred to as Glock switches, knowing that the weapon had the characteristics that made them a machinegun, as defined in 26 U.S.C. § 5845(b).

In violation of 18. U.S.C. § 922(o) and 18 U.S.C. § 2.

<u>Count Five</u>
Possession and Transfer of a Machinegun
[Violation of 18 U.S.C. § 922(o)]

On or about November 13, 2024, in the Dallas Division of the Northern District of Texas, defendant **Marco Cabrales** did knowingly possess and transfer a machinegun, to wit: a Glock, Model 22, 9mm caliber pistol, bearing serial number BGBL919, with an attached Glock switch, knowing that the weapon had the characteristics that made it a machinegun, as defined in 26 U.S.C. § 5845(b).

In violation of 18 U.S.C. § 922(o).

Count Six
Possession and Transfer of Machinegun; Aiding and Abetting
[Violation of 18 U.S.C. § 922(o) and 18 U.S.C. § 2]

On or about December 11, 2024, in the Dallas Division of the Northern District of Texas, defendant **Royce Anthony Weaver**, aiding and abetting and being aided and abetted by J.C., did knowingly possess and transfer a machinegun, to wit: American Tactical OMNI Hybrid, AR-15 style pistol, bearing serial number NS342138, with an attached auto sear, knowing that the weapon had the characteristics that made it a machinegun, as defined in 26 U.S.C. § 5845(b).

In violation of 18. U.S.C. § 922(o) and 18 U.S.C. § 2.

Forfeiture Notice
[18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)]

Upon conviction of the offense alleged in Counts One through Six of this Indictment, and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), defendants **Marnelius Burks**, **Marco Cabrales**, and **Royce Anthony Weaver**, shall forfeit to the United States of America any firearm and ammunition involved or used in the offenses. This property includes, but is not limited to, the following:

a. Glock, Model 22, .40 caliber pistol, bearing serial number BGBL919;

b. American Tactical OMNI Hybrid, AR-15 style pistol, bearing serial number NS342138;

c. Glock, Model 22, .40 caliber pistol, bearing serial number BPAE312; and

d. any ammunition recovered with the above firearms.

A TRUE BILL:

_____
FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

_____
MARISSA AULBAUGH
Assistant United States Attorney
Texas State Bar No. 24084051
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8760
Facsimile: 214-659-8805
E-mail: marissa.aulbaugh@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

MARNELIUS BURKS (01)
a/k/a 448
a/k/a 448buisness
a/k/a 1rukee
MARCO CABRALES (02)
a/k/a bumpdown.marcoo
a/k/a bumpstock.marcoo_
ROYCE ANTHONY WEAVER (03)
a/k/a aggtowngaspacks
a/k/a aggtown3.0gaspackz

SEALED INDICTMENT

18 U.S.C. § 371 (18 U.S.C. § 922(o)
Conspiracy to Possess and Transfer a Machinegun
(Count 1)

18 U.S.C. § 922(o) and 18 U.S.C. § 2
Possession and Transfer of Machinegun; Aiding and Abetting
(Count 2, 3, 4, & 6)

18 U.S.C. § 922(o)
Possession and Transfer of Machinegun
(Count 5)

18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)
Forfeiture Notice

6 Counts

A true bill rendered

-------------------------------------------------------------------------------------
DALLAS                                                                     FOREPERSON

Filed in open court this \_\_7th\_\_ day of January, 2025.

---

**Warrant to be Issued – Defendant(s) (01), (02), & (03) - Not In Custody**

---

_____
UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending