IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:25-CR-002-L |
| v. | |
| MARNELIUS BURKS (01) | |

## FACTUAL RESUME

In support of Marnelius Burks' plea of guilty to the offense in Count Three of the Indictment, Burks, the defendant; Dan Gividen, the defendant's attorney; and the United States of America (the government) stipulate and agree to the following:

## ELEMENTS OF THE OFFENSE

To prove the offenses alleged in Count Three of the Indictment, charging a violation of 18 U.S.C. § 922(o), that is, possession and transfer a machinegun, the government must prove each of the following elements beyond a reasonable doubt:[1]

*First.*   That the defendant knowingly possessed or transferred a machinegun as charged in the indictment; and

*Second.*  The defendant knew, or was aware of, the essential characteristics of the firearm that made it a machinegun, as defined in 26 U.S.C. § 5845(b).

The elements of aiding and abetting, a violation of 18 U.S.C. § 2, are as follows:[2]

*First.*   That the offense of possession or transfer of a machinegun was committed by some person;

*Second.*  That the defendant associated with the criminal venture;

---

[1] *See* Fifth Circuit Pattern Jury Instructions 2.43I (5th Cir. 2024) and *see* 18 U.S.C. 922(o).
[2] *See* Fifth Circuit Pattern Jury Instructions 2.04, (5th Cir. 2024) and 18 U.S.C. §2.

Factual Resume—Page 1

*Third.* That the defendant purposefully participated in the criminal venture; and

*Fourth.* That the defendant sought by action to make that venture successful.

## STIPULATED FACTS

1. The defendant, Marnelius Burks, admits and agrees that on or about October 1, 2024, in the Dallas Division of the Northern District of Texas (NDTX), he and J.C., aiding and abetting one another, knowingly possessed and transferred four machineguns, commonly referred to as Glock switches, and knew that the weapons he possessed had the essential characteristics that brought them within the statutory definition of machinegun, in violation of 18 U.S.C. § 922(o).

2. The defendant, Marnelius Burks, admits and agrees that on or about October 8, 2024, in the Dallas Division of the Northern District of Texas (NDTX), he and J.C., aiding and abetting one another, knowingly possessed and transferred thirteen machineguns, commonly referred to as Glock switches, and knew that the weapons he possessed had the essential characteristics that brought them within the statutory definition of machinegun, in violation of 18 U.S.C. § 922(o).

3. The defendant, Marnelius Burks, admits and agrees that on or about October 8, 2024, in the Dallas Division of the Northern District of Texas (NDTX), he and J.C., aiding and abetting one another, knowingly possessed and transferred three machineguns, commonly referred to as Glock switches, and knew that the weapons he possessed had the essential characteristics that brought them within the statutory definition of machinegun, in violation of 18 U.S.C. § 922(o).

4. The defendant admits that he used the names "448," "448buisness," and "1rukee" on social media to facilitate firearm and machinegun conversion device sales.

5. The defendant admits that he communicated with J.C., Marco Cabrales, and others about the transfer and sale of machineguns, firearms, and firearms equipped with machinegun conversion devices as a part of larger scheme wherein multiple individuals were posting and re-posting machinegun conversion devices and firearms for sale on social media to make a profit.

6. The defendant acknowledges that he knows the function of a machinegun conversion device, including auto sears and Glock switches, and understands that they make a firearm fully automatic.

7. The defendant agrees that the defendant committed all the essential elements of the offense. This factual resume is not intended to be a complete accounting of all the facts and events related to the offenses charged in this case. The limited

[nothing further on this page]

purpose of this statement of facts is to demonstrate that a factual basis exists to support the defendant's guilty plea to Count Three of the Indictment.

AGREED TO AND STIPULATED on this 4 day of NOV, 2025.

NANCY E. LARSON
ACTING UNITED STATES ATTORNEY

*Marnelius Burks*
MARNELIUS BURKS
Defendant

*Marissa Aulbaugh*
MARISSA AULBAUGH
Assistant United States Attorney
Texas State Bar No. 24084051
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Tel:  214-659-8600
Fax: 214-659-8812
Email: marissa.aulbaugh@usdoj.gov

DAN GIVIDEN
Attorney for Defendant